Michael R. McDonald, Esq.
Jeffrey A. Palumbo, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

*Attorneys for Defendants
Computer Telephony Innovations, Inc.,
VoxTeleSys LLC, Patrick Burke, and Bruce Burke*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RICHARD M. ZELMA and NICOLE ZELMA<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK BURKE, individually; BRUCE BURKE, individually, PATRICK BURKE, as CEO of Computer Telephony Innovations, Inc.; BRUCE BURKE, as Chairman and Senior Officer of Computer Telephony Innovations, Inc.; and COMPUTER TELEPHONY INNOVATIONS, INC. d/b/a/ VOXTELESYS.COM<br><br>Defendants. | Civil Action No. 16-02559 (CCC) (MF)<br><br>*Document electronically filed*<br><br><br>**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

TO:   Richard M. Zelma, *Pro se*         Nicole Zelma, *Pro se*
       940 Blanch Avenue                   114 Fleetwood Road
       Norwood, New Jersey 07648       Dumont, New Jersey 07628

**COUNSEL:**

    **PLEASE TAKE NOTICE** that, on June 20, 2016, or a date and time to be set by the

Court, Defendants Computer Telephony Innovations, Inc. ("CTI"), VoxTeleSys LLC

("VoxTeleSys") (improperly pled as "Computer Telephony Innovations, Inc. d/b/a

VoxTeleSys.com"), Patrick Burke, and Bruce Burke (collectively, "Defendants"), by and through their attorneys, Gibbons P.C., shall move for the entry of an order dismissing Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, Defendants shall rely upon the Brief in Support of the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), and Declarations of Patrick Burke and Bruce Burke, and upon the pleadings and all prior proceedings in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a certificate attesting to the date and manner of service of these moving papers is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: May 27, 2016　　　　　　　　　By:　s/ Michael R. McDonald, Esq.
　　　　　　　　　　　　　　　　　　　　　Michael R. McDonald, Esq.
　　　　　　　　　　　　　　　　　　　　　Jeffrey A. Palumbo, Esq.
　　　　　　　　　　　　　　　　　　　　　**GIBBONS P.C.**
　　　　　　　　　　　　　　　　　　　　　One Gateway Center
　　　　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　　　　　　Phone: (973) 596-4500
　　　　　　　　　　　　　　　　　　　　　Facsimile: (973) 639-6295
　　　　　　　　　　　　　　　　　　　　　mmcdonald@gibbonslaw.com
　　　　　　　　　　　　　　　　　　　　　jpalumbo@gibbonslaw.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　　*Computer Telephony Innovations, Inc.,*
　　　　　　　　　　　　　　　　　　　　　*VoxTeleSys LLC, Patrick Burke, and*
　　　　　　　　　　　　　　　　　　　　　*Bruce Burke*