Michael R. McDonald, Esq.
Jeffrey A. Palumbo, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

*Attorneys for Defendants*
*Computer Telephony Innovations, Inc.,*
*VoxTeleSys LLC, Patrick Burke, and Bruce Burke*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD M. ZELMA and NICOLE ZELMA<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK BURKE, individually; BRUCE BURKE, individually, PATRICK BURKE, as CEO of Computer Telephony Innovations, Inc.; BRUCE BURKE, as Chairman and Senior Officer of Computer Telephony Innovations, Inc.; and COMPUTER TELEPHONY INNOVATIONS, INC. d/b/a/ VOXTELESYS.COM<br><br>Defendants. | Civil Action No. 16-02559 (CCC) (MF)<br><br>*Document electronically filed*<br><br>**DEFENDANTS BRUCE BURKE AND PATRICK BURKE'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2) OR, IN THE ALTERNATIVE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

TO:  Richard M. Zelma, *Pro se*  Nicole Zelma, *Pro se*
     940 Blanch Avenue           114 Fleetwood Road
     Norwood, New Jersey 07648   Dumont, New Jersey 07628

**COUNSEL:**

   **PLEASE TAKE NOTICE** that, on June 20, 2016, or a date and time to be set by the

Court, Defendants Bruce Burke and Patrick Burke (collectively, "Defendants"), by and through

their attorneys, Gibbons P.C., shall move for the entry of an order dismissing Plaintiffs'

Complaint for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) or, in the Alternative, Motion to Dismiss for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, Defendants shall rely upon the Brief in Support of the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) or, in the Alternative, Motion to Dismiss for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6), and the Declarations of Bruce Burke and Patrick Burke, and upon the pleadings and all prior proceedings in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a certificate attesting to the date and manner of service of these moving papers is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: May 27, 2016

By: s/ Michael R. McDonald, Esq.
Michael R. McDonald, Esq.
Jeffrey A. Palumbo, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Phone: (973) 596-4500
Facsimile: (973) 639-6295
mmcdonald@gibbonslaw.com
jpalumbo@gibbonslaw.com

*Attorneys for Defendants*
*Computer Telephony Innovations, Inc.,*
*VoxTeleSys LLC, Patrick Burke, and*
*Bruce Burke*