**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD M. ZELMA and NICOLE ZELMA, <br><br> Plaintiffs, <br><br> v. <br><br> PATRICK BURKE, individually and as CEO of Computer Telephony Innovations, Inc.; BRUCE BURKE, individually and as Chairman and Senior Officer of Computer Telephony Innovations, Inc.; and COMPUTER TELEPHONY INNOVATIONS, INC. d/b/a/ VOXTELESYS.COM, <br><br> Defendants. | Civil Action No.: 2:16-02559-CCC-MF <br><br><br> **ORDER** |

**THIS MATTER** comes before the Court on the motion of Defendants Computer Telephony Innovations, Inc. ("CTI"), Patrick Burke, and Bruce Burke (collectively, "Defendants") to dismiss the Complaint of *pro se* Plaintiffs Richard M. Zelma and Nicole Zelma (collectively, "Plaintiffs") pursuant to Federal Rule of Civil Procedure 12(b)(6), and the motion of Patrick Burke and Bruce Burke to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6). ECF Nos. 6, 7. No oral argument was heard pursuant to Federal Rule of Civil Procedure 78. For the reasons set forth in this Court's corresponding Opinion,

**IT IS** on this 4 day of January 2017,

**ORDERED** that Defendants' motions to dismiss (ECF Nos. 6, 7) are **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Complaint (ECF No. 1) is **DISMISSED** without prejudice; and it is further

**ORDERED** that to the extent the deficiencies identified by this Court in its corresponding Opinion can be cured, Plaintiff is hereby granted thirty (30) days from the date of entry of this Order in which to file an amended complaint that cures the pleading deficiencies set forth.

**SO ORDERED.**

_____
CLAIRE C. CECCHI, U.S.D.J.